provide that the costs therein granted shall be granted to the city of Troy; otherwise, motion denied.

PEOPLE ex rel. TRUSTEES, ETC., OF BROOKLYN BENEV. SOCIETY, Appellant, v. PURDY et al., Com'rs, Respondents. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Proceeding by the People of the State of New York, on the relation of the Trustees, etc., of the Brooklyn Benevolent Society, against Lawson Purdy and others, as Commissioners, etc. A. G. Fox, for appellant. C. A. Peters, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. VETTER v. QUINN. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Charles Vetter, against Thomas M. Quinn, Sheriff of the County of Queens. No opinion. Determination confirmed, with $10 costs and disbursements, and writ dismissed.

PEOPLE ex rel. WALKER v. AHEARN. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Proceeding by the People of the State of New York, on the relation of William H. Walker, against John F. Ahearn. No opinion. Motion denied, with $10 costs. Order filed. See, also, 127 N. Y. Supp. 1139.

PEOPLE ex rel. WILLIAMS v. ROBINSON, Com'r. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Proceeding by the People of the State of New York, on the relation of Elizabeth C. Williams, against Herman Robinson, as Commissioner, etc. Mr. Taylor, for relator. H. Crone, for respondent. No opinion. Writ dismissed and proceedings affirmed, with $50 costs and disbursements. Order filed.

PETERSON, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1911.) Action by May F. Peterson against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PFAELZER, Respondent, v. BACH FUR CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Morris F. Pfaelzer against the Bach Fur Company of New York. H. R. Limburg, for appellant. A. S. Gilbert, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs. Order filed.

CLARKE and DOWLING, JJ., dissent.

PIERRE, Appellant, v. FARLEY, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Michael S. N. Pierre against Edward V. Farley. No opinion. Motion denied, without costs. See, also, 127 N. Y. Supp. 1140.

PIORCZYNSKI, Respondent, v. LAKE SHORE & M. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1911.) Action by Jadwiga Piorczynski, as administratrix, etc., of Sophia Swienciehowski, deceased, against the Lake Shore & Michigan Southern Railway Company. No opinion. Judgment and order affirmed, with costs.

PLATT, Appellant, v. BONSALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 17, 1911.) Action by Arthur C. Platt against Seymour W. Bonsall and another. For former opinion, see 127 N. Y. Supp. 650.

PER CURIAM. Motion for reargument denied, with $10 costs. The notice of motion does not include a request for leave to appeal to the Court of Appeals.

PLATT, Appellant, v. BONSALL et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Arthur C. Platt against Seymour W. Bonsall and another. For former opinion, see 127 N. Y. Supp. 650. See, also, supra.

PER CURIAM. Motion for leave to appeal to the Court of Appeals granted. Settle order before Mr. Justice Carr.

PLOTT, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Abraham Plott against William M. Barrett, as president of the Adams Express Company. No opinion. Motion for stay granted, without costs.

PORTER v. CASUALTY CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by Thomas J. Porter against the Casualty Company of America. No opinion. Motion granted. Order filed. See, also, 70 Misc. Rep. 246, 126 N. Y. Supp. 669.

PORTER v. CASUALTY CO. OF AMERICA. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by Thomas J. Porter against the Casualty Company of America. No opinion. Application denied, with $10 costs. Order signed. See, also, 70 Misc. Rep. 246, 126 N. Y. Supp. 669.

POST, Respondent, v. LOGAN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by James